Appellants, v. KINGS COUNTY TRUST COMPANY, Respondent.— Order overruling demurrer and denying plaintiffs' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich Jaycox, Manning and Kapper, JJ., concur.

SUSQUEHANNA STEAMSHIP COMPANY, INC., Respondent, v. A. O. ANDERSEN & COMPANY, INC., Appellant. (Appeal No. 1.) — Appeal dismissed on consent, without costs. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

EDWARD SYMANSKI, an Infant, by STANISLAW SYMANSKI, His Guardian ad Litem, Respondent, v. NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Rich, Jaycox, Manning and Young, JJ., concur; Kelly, P. J., dissents upon the ground that the verdict is against the evidence, and because the evidence did not warrant a finding that defendant in the exercise of reasonable care should have anticipated danger from wires placed at the height shown in the photographs in this case. The infant plaintiff says that he did not touch any wire.

STANISLAW SYMANSKI, Respondent, v. NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Rich, Jaycox, Manning and Young, JJ., concur; Kelly, P. J., dissents for the reasons stated in *Symanski* v. *New York & Queens E. L. & P. Co.* (*ante,* p. 862), decided herewith.

TURNER BROTHERS, INC., Respondent, v. MADISON CONSTRUCTION & IMPROVEMENT CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

WILLIAM WALLACE, Appellant, v. WING & EVANS, INC., Appellant, Impleaded with VICTOR HALPER DRUG CORPORATION and Another, Respondents.— Order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

GEORGE WOOD, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment of the County Court of Kings county reversed upon the law and the facts, and a new trial ordered, costs to abide the event, on the ground that the charge of the court on the question of contributory negligence, at folio 179, and the remarks of the learned trial court at folios 183, 186 and 187 constitute reversible error. (*Dambmann* v. *Metropolitan Street R. Co.*, 180 N. Y. 384, 387.) Rich, Jaycox and Manning, JJ., concur; Kelly, P. J., and Young, J., dissent.

Pursuant to the provisions of Rule I of the Rules of Civil Practice, George M. Curtis, Jr., Esq., residing at No. 310 Argyle road, Brooklyn, county of Kings, be and he hereby is appointed a member of the Committee on Character and Fitness of Applicants for Admission to the Bar in and for the Second Judicial District of the Second Judicial Department, in place of Stephen C. Baldwin, Esq., deceased, such appointment to take effect November 20, 1923. Present — Kelly, P. J., Rich, Jaycox, Manning, Kelby, Young and Kapper, JJ.

HENRY DAVIDSON, Respondent, v. STEPHEN BULKLEY and Others, Appellants. — Motion to confirm report of official referee granted. Motion for further allowance denied. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ. Settle order on notice.

EDITH GOUGH EVERITT, Respondent, v. CHARLES M. EVERITT, Appellant.—